UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH, individually and on behalf of other aggrieved employees and as a Representative of the California Workforce Development Agency (LWDA),<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MEDIDATA SOLUTIONS, INC., a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No.: 3:16-cv-01689-L-JLB<br><br>**ORDER APPROVING MOTION TO SUBSTITUTE ATTORNEY** |

Pursuant to Civil Local Rule 83.3, Defendant Medidata Solutions, Inc.'s Notice of Motion and Motion to Substitute Attorney [Doc 20] filed January 31, 2018 is **APPROVED.** The clerk shall reflect the substitution on the docket.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
Hon. M. James Lorenz
United States District Judge